IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEORGETOWN UNIVERSITY, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and HISTADRUTH HORABONIM DEAMERICA – RABBINICAL COUNCIL OF AMERICA, INC.<br><br>Defendants. | Case No. _____<br><br>Superior Court Case No. 2014 CA 007644 B |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for The Georgetown Synagogue – Kesher Israel Congregation ("Kesher"), certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of Kesher that has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

1

Respectfully submitted,

Dated: January 8, 2015

*Maura M. Logan*

Maura M. Logan, D.C. Bar No. 1010924
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
mlogan@gibsondunn.com

Attorney for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

101859113.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN UNIVERSITY, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and HISTADRUTH HORABONIM DEAMERICA – RABBINICAL COUNCIL OF AMERICA, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. _____ <br><br> Superior Court Case No. 2014 CA 007644 B |

## CERTIFICATE OF SERVICE

I, Maura M. Logan, do hereby certify on this 8th day of January, 2015, that true and correct copies of the following were filed electronically:

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

                                                    */s/Maura M. Logan*
                                                       Maura M. Logan