IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH, Plaintiffs, v. THE GEORGETOWN UNIVERSITY, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAHH, INC., and HISTADRUTH HORABONIM DEAMERICA Defendants. | ) ) ) ) ) ) ) ) Case No. 1:15-cv-00026 ) ) ) ) ) ) ) ) ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT THE NATIONAL CAPITAL MIKVAH, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Columbia, undersigned counsel of record for The National Capital Mikvah, Inc., certifies that to the best of his knowledge and belief, The National Capital Mikvah, Inc. is a privately held non-profit company organized and existing under the laws of the District of Columbia with its principal place of business located in the District of Columbia. No publicly held corporation owns 10% or more of the stock of The National Capital Mikvah, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

BACON, THORNTON & PALMER, L.L.P.

Date:   January 7, 2015                    By:          /s/Edward C. Bacon_____
                                                        Edward C. Bacon, #270124
                                                        6411 Ivy Lane
                                                        Suite 500
                                                        Greenbelt, MD 20770
                                                        Phone: (301) 345-7001
                                                        Facsimile: (301) 345-7075
                                                        E-mail: Ebacon@lawbtp.com
                                                        *Attorney for Defendant The National
                                                        Capital Mikvah, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2015, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests of Defendant National Capital Mikvah, Inc. was served via first class mail, postage prepaid, and/or electronic case filing, upon:

Steven J. Kelly, Esq.
Geoffrey Hengerer, Esq.
SILVERMAN THOMPSON SLUTKIN WHITE LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Attorneys for Plainitff

Paul Blankenstein, Esq.
Maura M. Logan, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036
Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

                                                        /s/Edward C. Bacon_____
                                                        Edward C. Bacon