

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## WASHINGTON, D. C. 20001

Date: 1-09-2015

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re: Jane Doe vs. The Georgetown University, et. al.**

**Civil Action Number: 14-CA-7644**       **U.S. District Number: 15cv26**

Dear Ms. Angela Caesar:

    Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on January 8, 2015. A certified copy of the docket entries is also enclosed.

    Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By: /s/ *Aletre Barnett-Reid*

| Case Number | Status | Judge |
|---|---|---|
| 2014 CA 007644 B | Closed | DIXON JR, HERBERT B |

| In The Matter Of | | Action |
|---|---|---|
| DOE, JANE et al Vs. THE GEORGETOWN UNIVERSITY et al | | Complaint for Negligence Filed |

| Party | | Attorneys |
|---|---|---|
| DOE, JANE | PLNTF | CAMMARATA, Mr JOSEPH |
| THE GEORGETOWN UNIVERSITY BROWN, LISA | DFNDT CO | |
| THE GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREATION | DFNDT | LOGAN, MAURA MCCORMICK |
| THE NATIONAL CAPITAL MIKVAH, INC., BARAK, SARAH | DFNDT CO | LOGAN, MAURA MCCORMICK |
| DOE 2, JANE | WNP | CAMMARATA, Mr JOSEPH |
| SHULEVITZ, EMMA | DFNDT | |
| SHULEVITZ, EMMA | PLNTF | HENGERER, GEOFFREY G |
| SMITH, STEPHANIE | PLNTF | HENGERER, GEOFFREY G |
| HISTADRUTH HORABONIM DEAMERICA-RABBINICAL COUNCIL | DFNDT | LOGAN, MAURA MCCORMICK |

| Opened | Disposed | Case Type |
|---|---|---|
| 12/02/2014 | Removal-Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 01/09/15 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on: 01/09/2015  12:33:18.24 | 0.00 | 0.00 |
| 2 | 01/08/15 | Notice of Removal to USDC for the District of Columbia. 15cv26 | 0.00 | 0.00 |
| 3 | 01/08/15 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 03/06/2015 at 9:30 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed and Removed to the U.S. District Court for the District of Columbia. abr<br>Judge: DIXON JR, HERBERT B   Location: Courtroom 415 | 0.00 | 0.00 |

A TRUE COPY TEST:
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk
1/9/15

2014 CA 007644 B    DOE, JANE et al   Vs. THE GEORGETOWN UNIVERSITY et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 4 | 01/08/15 | Additional eFiling Document to Notice of Removal to USDC Filed. Submitted. 01/08/2015 18:00. arr.<br>Attorney: LOGAN, MAURA MCCORMICK (1010924) | 0.00 | 0.00 |
| 5 | 01/08/15 | Notice of Removal to USDC Filed. Submitted. 01/08/2015 18:00. arr.<br>Attorney: LOGAN, MAURA MCCORMICK (1010924) | 0.00 | 0.00 |
| 6 | 12/29/14 | Proof of Service<br>　　Method    : Service Issued<br>　　Issued    : 12/02/2014<br>　　Service   : Summons Issued<br>　　Served    : 12/19/2014<br>　　Return    : 12/29/2014<br>　　On        : THE GEORGETOWN UNIVERSITY<br>　　Signed By : Lisa Brown<br><br>　　Reason    : Proof of Service<br>　　Comment   :<br><br>　　Tracking #: 5000153434 | 0.00 | 0.00 |
| 7 | 12/29/14 | Affidavit of Service of Summons & Complaint on<br>THE GEORGETOWN UNIVERSITY (Defendant); | 0.00 | 0.00 |
| 8 | 12/24/14 | Proof of Service<br>　　Method    : Service Issued<br>　　Issued    : 12/02/2014<br>　　Service   : Summons Issued<br>　　Served    : 12/22/2014<br>　　Return    : 12/31/2014<br>　　On        : THE GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREATION<br>　　Signed By : Jessica Pelt<br><br>　　Reason    : Proof of Service<br>　　Comment   :<br><br>　　Tracking #: 5000153435 | 0.00 | 0.00 |
| 9 | 12/24/14 | Affidavit of Service of Summons & Complaint on<br>THE GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREATION (Defendant); | 0.00 | 0.00 |

2014 CA 007644 B   DOE, JANE et al  Vs. THE GEORGETOWN UNIVERSITY et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 10 | 12/24/14 | Proof of Service<br>　　Method    : Service Issued<br>　　Issued    : 12/02/2014<br>　　Service   : Summons Issued<br>　　Served    : 12/19/2014<br>　　Return    : 12/24/2014<br>　　On        : THE NATIONAL CAPITAL MIKVAH, INC.,<br>　　Signed By : Sarah Barak<br><br>　　Reason    : Proof of Service<br>　　Comment   :<br><br>　　Tracking #: 5000153436 | 0.00 | 0.00 |
| 11 | 12/24/14 | Affidavit of Service of Summons & Complaint on<br>THE NATIONAL CAPITAL MIKVAH, INC.,<br>(Defendant); | 0.00 | 0.00 |
| 12 | 12/23/14 | Praecipe to Enter Appearance Filed.<br>Submitted 12/23/2014 15:05. ts.<br>Attorney: HENGERER, GEOFFREY G (495994)<br>JANE DOE (PLAINTIFF); | 0.00 | 0.00 |
| 13 | 12/18/14 | Praecipe Filed. submitted 12/18/2014 16:26.rp<br>Attorney: TIEVSKY, MATTHEW W (1004955)<br>JANE DOE (PLAINTIFF); | 0.00 | 0.00 |
| 14 | 12/18/14 | Alias Summons Issued on Histadruth Horabonim Deamerica--Rabbinical Council of America, Inc. Filed | 0.00 | 0.00 |
| 15 | 12/18/14 | Issue Date:  12/18/2014<br>Service:  Summons Issued<br>Method:  Service Issued<br>Cost Per:  $<br><br>　　HISTADRUTH HORABONIM<br>　DEAMERICA-RABBINICAL COUNCIL<br>　　305 Seventh Avenue<br>　　12th Floor<br>　　NEW YORK, NY   10001<br>　　Tracking No: 5000153989 | 0.00 | 0.00 |
| 16 | 12/18/14 | Amended Complaint Filed (44 Pgs)<br>Attorney: KELLY, STEVEN J. (1021534)<br>JANE DOE (PLAINTIFF); | 0.00 | 0.00 |

2014 CA 007644 B   DOE, JANE et al   Vs. THE GEORGETOWN UNIVERSITY et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 17 | 12/16/14 | Plaintiff Jane Doe 2's Motion to Clarify December 15, 2014 Order Granting Plaintiff Jane Doe's Motions for Leave to Proceed Under Pseudonym and to Seal Exhibit A Filed. Submitted 12/16/2014 16:41. ajm Attorney: TIEVSKY, MATTHEW W (1004955) JANE DOE 2 (Witness/NonParty);  Receipt: 298505  Date: 12/17/2014 | 20.00 | 0.00 |
| 18 | 12/15/14 | Order Granting Plaintiff Jane Doe 2's Motions for Leave to proceed Under Pseudonym & to Seal Exhibit A signed byJ/. Dixon, Jr. on 12/15/14. submitted 12/15/2014 12:04.rp | 0.00 | 0.00 |
| 19 | 12/15/14 | Order Granting Plaintiff Jane Doe 2's Motions for Leave to Proceed under Pseudonym & to Seal Exhibit A Entered on the Docket Date signed: December 15, 2014 Date docketed: December 15, 2014 Date efiled/eserved/mailed: December 15, 2014 JUDGE DIXON/bmj | 0.00 | 0.00 |
| 20 | 12/10/14 | Plaintiff Jane Doe 2's Motion to Seal Exhibit A to Motion for Leave to Proceed Under a Pseudonym Filed. Submitted 12/10/2014 13:15 jhc. Attorney: TIEVSKY, MATTHEW W (1004955) JANE DOE (PLAINTIFF);  Receipt: 298077 Date: 12/11/2014 | 20.00 | 0.00 |
| 21 | 12/10/14 | Plaintiff Jane Doe 2's Motion for Leave to Proceed Under a Pseudonym Filed. Submitted 12/10/2014 11:56 jhc. Attorney: CAMMARATA, Mr JOSEPH (389254) JANE DOE (PLAINTIFF);  Receipt: 298055 Date: 12/11/2014 | 20.00 | 0.00 |
| 22 | 12/10/14 | Praecipe Entering Appearances Filed. Submitted 12/10/2014 10:43 jhc. Mr JOSEPH CAMMARATA (Attorney) on behalf of JANE DOE (PLAINTIFF); MATTHEW W TIEVSKY (Attorney) on behalf of JANE DOE (PLAINTIFF) | 0.00 | 0.00 |

2014 CA 007644 B    DOE, JANE et al   Vs. THE GEORGETOWN UNIVERSITY et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 23 | 12/02/14 | Issue Date: 12/02/2014<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>THE GEORGETOWN UNIVERSITY<br>37th & O Street, NW<br>204 Healy Hall<br>WASHINGTON, DC   20057<br>Tracking No: 5000153434<br><br>THE GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREATION<br>2801 N Street, NW<br>WASHINGTON, DC   20007<br>Tracking No: 5000153435<br><br>THE NATIONAL CAPITAL MIKVAH, INC.,<br>1308 28th Street, NW<br>WASHINGTON, DC   20007<br>Tracking No: 5000153436 | 0.00 | 0.00 |
| 24 | 12/02/14 | Order Granting Motion for Leave to Proceed Under a Pseudonym signed by J/King on 12/1/14. | 0.00 | 0.00 |
| 25 | 12/02/14 | Plaintiff's Motion for Leave to Proceed Under a Pseudonym and Memorandum of Points and Authorities in Support Thereof Filed.<br>Attorney: KELLY, STEVEN J. (1021534)<br>JANE DOE (PLAINTIFF);  Receipt: 297298<br>Date: 12/02/2014 | 20.00 | 0.00 |
| 26 | 12/02/14 | Order Granting Motion to Seal signed by J/King on 12/1/14. | 0.00 | 0.00 |
| 27 | 12/02/14 | Plaintiff's Motion to Seal and Memorandum of Points and Authorities in Support Thereof Filed.<br>Attorney: KELLY, STEVEN J. (1021534)<br>JANE DOE (PLAINTIFF);  Receipt: 297298<br>Date: 12/02/2014 | 20.00 | 0.00 |
| 28 | 12/02/14 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 03/06/2015    Time: 9:30 am<br>Judge: DIXON JR, HERBERT B    Location: Courtroom 415 | 0.00 | 0.00 |

```
2014 CA 007644 B    DOE, JANE et al    Vs. THE GEORGETOWN UNIVERSITY et al

29    12/02/14 Complaint for Negligence Filed.                  120.00
               Attorney: KELLY, STEVEN J. (1021534)                          0.00
               JANE DOE (PLAINTIFF);   Receipt: 297298
               Date: 12/02/2014


                       Totals By:   Cost
                                                                220.00       0.00
                                    Information
                                                                  0.00       0.00
                          *** End of Report ***
```