IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number 1:15-cv-00026 (CRC) |
| v. | ) | |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT GEORGETOWN UNIVERSITY'S MOTION TO DISMISS
AMENDED CLASS ACTION & INDIVIDUAL COMPLAINT**

Defendant Georgetown University (or "the University") respectfully moves for an Order dismissing all six claims asserted against it in the Amended Class Action & Individual Complaint by plaintiff Jane Doe.  The grounds for this motion are set forth in the accompanying memorandum of points and authorities, which is incorporated by reference.  A proposed Order is attached to this motion.

Dated: January 13, 2015                           Respectfully submitted,

<u>/s/  William D. Nussbaum</u>
William D. Nussbaum (DC Bar # 941815)
wnussbaum@saul.com
Carolyn Due (DC Bar # 1001542)
cdue@saul.com
Saul Ewing LLP
1919 Pennsylvania Ave., NW, Suite 550
Washington, DC 20006
(202) 295-6652 telephone
(202) 295-6715 facsimile

*Counsel for Defendant Georgetown University*