-24-

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al. ) | |
| ) | |
| Plaintiffs, ) | Case Number 1:15-cv-00026 (CRC) |
| v. ) | |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

## **PROPOSED ORDER**

This matter is before the Court on defendant Georgetown University's Motion to Dismiss Amended Class Action & Individual Complaint.

Upon consideration of the motion, any opposition thereto, and the record herein;

It appearing that good cause exists to grant the motion, it is

ORDERED that the motion is hereby GRANTED; it is

FURTHER ORDERED that the Amended Class Action & Individual Complaint is dismissed.

DATED:

_____
Judge Christopher R. Cooper
United States District Court
for the District of Columbia

-25-

Copies to:

Anne Toomey McKenna
Steven J. Kelly
*Counsel for Plaintiffs*

Paul Blankenstein
Maura McCormick Logan
*Counsel for Defendant Georgetown Synagogue-Kesher Israel Congregation*

Edward Clark Bacon
Patricia Maureen Thornton
*Counsel for Defendant National Capital Mikvah, Inc.*

William D. Nussbaum
Carolyn Due
*Attorneys for Georgetown University*