IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, STEPHANIE SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE GEORGETOWN UNIVERSITY, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and RABBINICAL COUNCIL OF AMERICA | ) Case No. 1:15-cv-00026 (CRC) ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1.      Respective Counsel for Defendants Kesher Israel Congregation and the National Capital Mikvah (the "Defendants") and Plaintiffs (collectively, the "Parties") have met and conferred regarding the motion of Defendants to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint (the "Motion").

2.      The Parties agree that, in the interests of judicial economy and efficiency for the parties, Defendants need not answer or otherwise respond to Plaintiffs' current Complaint pending disposition of the Motion.  Plaintiffs may, however, withdraw from this Stipulation at their discretion.  Should Plaintiffs do so, and move to compel an answer or other response,

1

Defendants are free to apply to the Court for an extension of the time to answer or otherwise respond to the current Complaint, or renew their pending Motion seeking that relief.

3.      Defendants agree to extend Plaintiffs' deadline to respond to the Motion until 14 days after Plaintiffs file their motion to remand or, if Plaintiffs file no motion to remand, 14 days after the deadline, as specified in 28 U.S.C. 1447(c), for filing a motion for remand.

4.      Defendants agree that this Stipulation in no way constitutes a waiver or limitation of any sort of Plaintiffs' right to seek to remand this case to the DC Superior Court, and Defendants will make no such argument.

WHEREFORE, Defendants and Plaintiffs hereby respectfully request that Court enter an order approving this Stipulation.

Respectfully submitted,

Dated: January 16, 2015

*/s/Paul Blankenstein*
Paul Blankenstein, D.C. Bar No. 304931
*/s/Maura M. Logan*
Maura M. Logan, D.C. Bar No. 1010924
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539
pblankenstein@gibsondunn.com
mlogan@gibsondunn.com

Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

Dated: January 16, 2015

/s/Edward C. Bacon
Edward C. Bacon, D.C. Bar No. 270124
/s/Patricia M. Thornton
Patricia M. Thornton, D.C. Bar No. 354951
BACON, THORNTON & PALMER, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770-1411
Telephone:  301.345.7001
ebacon@lawbtp.com
pthornton@lawbtp.com

Attorneys for Defendant THE NATIONAL
CAPITAL MIKVAH, INC.

Dated: January 16, 2015

/s/Steven J. Kelly
Steven J. Kelly, D.C. Bar No. 1021534
Silverman, Thompson, Slutkin, White LLC
201 N. Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  410.385.2225
skelly@mdattorney.com
Attorney for Plaintiffs

## ORDER

It is so ordered by the Court this ___ day of January 2015.

_____
Hon. Christopher R. Cooper, U.S. District Judge

COPIES TO:

Steven J. Kelly, D.C. Bar No. 1021534
Silverman, Thompson, Slutkin, White LLC
201 N. Charles Street, Suite 2600
Baltimore, MD  21201

Anne Toomey McKenna
TOOMEY MCKENNA LAW GROUP, LLC
8 Montrose Avenue
Baltimore, MD 21228

William David Nussbaum
SAUL EWING LLP
1919 Pennsylvania Avenue, NW
Suite 550
Washington, DC 20006

Paul Blankenstein
Maura M. Logan
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Edward C. Bacon
Patricia M. Thornton
BACON, THORNTON & PALMER, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770-1411

Mark D. Harris
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299