IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH, <br><br> Plaintiffs, <br> v. <br><br> THE GEORGETOWN SYNAGOGUE, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and RABBINICAL COUNCIL OF AMERICA, <br><br> Defendants. | Case No. 1:15-cv-00026 (CRC) |

## NOTICE OF APPEARANCE OF GUY BRENNER

Notice is hereby given that Guy Brenner (D.D.C. Bar # D00238) of Proskauer Rose LLP enters his appearance on behalf of Defendant The Rabbinical Council of America, Inc. (the "RCA") in the above-captioned matter.

Dated:  January 20, 2015

                                                 /s/ Guy Brenner
                                                 Guy Brenner (D.D.C. Bar # D00238)
                                                 gbrenner@proskauer.com
                                                 Proskauer Rose LLP
                                                 1001 Pennsylvania Ave.,
                                                 N.W. Washington, DC
                                                 20004
                                                 T: (202) 416-6800
                                                 F: (202) 416-6900

                                                 *Attorney for Defendant,*
                                                 *The Rabbinical Council of America, Inc.*