IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, STEPHANIE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN UNIVERSITY, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and RABBINICAL COUNCIL OF AMERICA <br><br> Defendants. | Case No. 1:15-cv-00026 (CRC) |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. Respective Counsel for Defendants Kesher Israel Congregation and the National Capital Mikvah (the "Defendants") and Plaintiffs (collectively, the "Parties") have met and conferred regarding the motion of Defendants to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint (the "Motion").

2. The Parties agree that, in the interests of judicial economy and efficiency for the parties, Defendants need not answer or otherwise respond to Plaintiffs' current Complaint pending disposition of the Motion. Plaintiffs may, however, withdraw from this Stipulation at their discretion. Should Plaintiffs do so, and move to compel an answer or other response,

1

Defendants are free to apply to the Court for an extension of the time to answer or otherwise respond to the current Complaint, or renew their pending Motion seeking that relief.

3. Defendants agree to extend Plaintiffs' deadline to respond to the Motion until 14 days after Plaintiffs file their motion to remand or, if Plaintiffs file no motion to remand, 14 days after the deadline, as specified in 28 U.S.C. 1447(c), for filing a motion for remand.

4. Defendants agree that this Stipulation in no way constitutes a waiver or limitation of any sort of Plaintiffs' right to seek to remand this case to the DC Superior Court, and Defendants will make no such argument.

WHEREFORE, Defendants and Plaintiffs hereby respectfully request that Court enter an order approving this Stipulation.

Respectfully submitted,

Dated: January 16, 2015

/s/Paul Blankenstein
Paul Blankenstein, D.C. Bar No. 304931
/s/Maura M. Logan
Maura M. Logan, D.C. Bar No. 1010924
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
pblankenstein@gibsondunn.com
mlogan@gibsondunn.com

Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

Dated: January 16, 2015         /s/Edward C. Bacon
                                Edward C. Bacon, D.C. Bar No. 270124
                                /s/Patricia M. Thornton
                                Patricia M. Thornton, D.C. Bar No. 354951
                                BACON, THORNTON & PALMER, LLP
                                Capital Office Park
                                6411 Ivy Lane, Suite 500
                                Greenbelt, MD 20770-1411
                                Telephone: 301.345.7001
                                ebacon@lawbtp.com
                                pthornton@lawbtp.com

                                Attorneys for Defendant THE NATIONAL CAPITAL MIKVAH, INC.

Dated: January 16, 2015         /s/Steven J. Kelly
                                Steven J. Kelly, D.C. Bar No. 1021534
                                Silverman, Thompson, Slutkin, White LLC
                                201 N. Charles Street, Suite 2600
                                Baltimore, MD 21201
                                Telephone: 410.385.2225
                                skelly@mdattorney.com
                                Attorney for Plaintiffs

## ORDER

It is so ordered by the Court this 21st day of January 2015.

                                _____
                                Hon. Christopher R. Cooper, U.S. District Judge

COPIES TO:

Steven J. Kelly, D.C. Bar No. 1021534
Silverman, Thompson, Slutkin, White LLC
201 N. Charles Street, Suite 2600
Baltimore, MD 21201

3

Anne Toomey McKenna
TOOMEY MCKENNA LAW GROUP, LLC
8 Montrose Avenue
Baltimore, MD 21228

William David Nussbaum
SAUL EWING LLP
1919 Pennsylvania Avenue, NW
Suite 550
Washington, DC 20006

Paul Blankenstein
Maura M. Logan
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Edward C. Bacon
Patricia M. Thornton
BACON, THORNTON & PALMER, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770-1411

Mark D. Harris
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299