AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE S </br>*Plaintiff* </br>v. </br>THE GEORGETOWN SYNAGOGUE-KESHER </br>*Defendant* | ) </br>) </br>) </br>) </br>) | Case No.  1:15-cv-00026 (CRC) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Rabbinical Council of America .

Date:  02/06/2015

/s/ Mark D. Harris
*Attorney's signature*

Mark D. Harris, D.C. Bar No. 445900 (pro hac vice)
*Printed name and bar number*

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

*Address*

mharris@proskauer.com
*E-mail address*

(212) 969-3530
*Telephone number*

(212) 969-2900
*FAX number*