IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THE GEORGETOWN SYNAGOGUE, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and HISTADRUTH HORABONIM DEAMERICA – RABBINICAL COUNCIL OF AMERICA, INC.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00026 (CRC) |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for The Rabbinical Council of America, Inc. (the "RCA"), certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of the RCA that has any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

                                                Respectfully submitted,

Dated: February 6, 2015            PROSKAUER ROSE LLP

                                                /s/ Mark D. Harris
                                                Mark D. Harris, D.C. Bar No. 445900
                                                (*pro hac vice*)
                                                mharris@proskauer.com
                                                Proskauer Rose LLP
                                                Eleven Times Square
                                                New York, New York 10036-8299
                                                Telephone:  (212) 969-3530
                                                Facsimile:   (212) 969-2900

                                                *Attorney for Defendant*
                                                *The Rabbinical Council of America, Inc.*