IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH,<br><br>   Plaintiffs,<br> v.<br><br>THE GEORGETOWN SYNAGOGUE, THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, THE NATIONAL CAPITAL MIKVAH, INC., and HISTADRUTH HORABONIM DEAMERICA – RABBINICAL COUNCIL OF AMERICA, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:15-cv-00026 (CRC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINDER IN DEFENDANTS' MOTION TO CONSOLIDATE CASES AND STAY PROCEEDINGS PENDING APPOINTMENT OF INTERIM CLASS COUNSEL AND THE FILING OF A CONSOLIDATED COMPLAINT**

PLEASE TAKE NOTICE that Defendant The Rabbinical Council of America (the "RCA") hereby joins in Defendants Georgetown Synagogue-Kesher Israel Congregation's and National Capital Mikvah, Inc.'s Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint ("Motion") (Dkt. # 3), and in all of the arguments made in the Memorandum of Points and Authorities ("Memorandum") (*id.*) and Reply Memorandum ("Reply") (Dkt. # 14) in support thereof.

WHEREFORE, for the reasons stated in the Motion, Memorandum, and Reply, the Court should enter an Order that:

 1. Consolidates Case Numbers 1:15-cv-00026 and 1:15-cv-00028;

 2. Directs the Clerk of the Court to consolidate the two actions set forth above under Case Number 1:15-cv-00026 and to close Case Number 1:15-cv-00028;

3. Provides that the consolidated action be referred to as "*Jane Doe, et al. v. Kesher Israel Congregation, et al.*" and shall proceed under Case Number 1:15-cv-00026, and that all filings are to be made only under Case Number 1:15-cv-00026;

4. Determines and appoints interim class counsel;

5. Directs that interim class counsel file a Consolidated Complaint;

6. Stays all proceedings in the two Jane Doe lawsuits pending the determination and appointment of interim class counsel, and the filing of a Consolidated Complaint; and

7. Provides that the RCA has 30 days' time from the filing of the Consolidated Complaint to answer or otherwise respond; or, in the alternative, 30 days from the disposition of the Motion in the event the relief requested therein is denied.

Respectfully submitted,

Dated: February 6, 2015

PROSKAUER ROSE LLP
/s/ Mark D. Harris
Mark D. Harris, D.C. Bar No. 445900
(*pro hac vice*)
mharris@proskauer.com
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Telephone:  (212) 969-3530
Facsimile:   (212) 969-2900

*Attorney for Defendant*
*The Rabbinical Council of America, Inc.*