# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE 1, et al.,** | |
| Plaintiffs, | |
| v. | Case No. 1:15-cv-00026 (CRC) |
| **THE GEORGETOWN UNIVERSITY, et al.,** | |
| Defendants. | |

## ORDER

Upon consideration of Plaintiff Jane Doe's Motion to Sever and Remand All Claims Against Georgetown University [ECF No. 16], and Georgetown University's response thereto indicating that it does not oppose the motion [ECF No. 20], it is, hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the causes of action asserted by Plaintiff Jane Doe against Defendant The Georgetown University ("Georgetown") be and are hereby SEVERED from the class action causes of action; it is further

**ORDERED** that Plaintiff Jane Doe's individual action against Georgetown be and is hereby REMANDED to the Superior Court for the District of Columbia; and it is further

**ORDERED** that the Motion to Dismiss filed by Georgetown [ECF No. 8] is DENIED without prejudice as moot.

**SO ORDERED.**


_____
CHRISTOPHER R. COOPER
United States District Judge

Date:    February 18, 2015