**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, *et al.*<br>    *Plaintiffs*,<br>v.<br>THE GEORGETOWN UNIVERSITY, *et al.*,<br>    *Defendants*. | Civil Action No. 1:15-cv-00026-CRC |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO CONSOLIDATE CASES AND STAY PROCEEDINGS PENDING APPOINTMENT OF INTERIM CLASS COUNSEL AND THE FILING OF A CONSOLIDATED COMPLAINT**

  Plaintiffs Jane Doe ("Ms. Doe"), Emma Shulevitz ("Ms. Shulevitz"), and Stephanie Smith ("Ms. Smith") (collectively, "Named Plaintiffs"), on behalf of themselves and the putative class of similarly situated individuals, and by and through undersigned counsel, and with the consent of Defendant The Georgetown Synagogue—Kesher Israel Congregation ("Kesher Israel") on behalf of all Defendants herein, hereby respectfully move the Court for an extension of time to respond to Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint (the "Motion to Consolidate"). In support thereof, Named Plaintiffs state as follows:

  1. On December 2, 2014, Ms. Doe commenced an action in the Superior Court of the District of Columbia (the "Superior Court Action") by filing a Class Action and Individual Complaint (the "Complaint"). The Complaint asserts causes of action against Defendants Kesher Israel and The National Capital Mikvah, Inc. ("NCM").[1] (*See* Compl. [ECF 1-2]).

  2. On December 18, 2014, Ms. Doe, joined by Ms. Shulevitz and Ms. Smith, filed an Amended Class Action and Individual Complaint (the "Amended Complaint") in the Superior

---

[1] The Complaint also asserts causes of action against Defendant The Georgetown University solely in Plaintiff Jane Doe's individual capacity.

1

Court Action. The Amended Complaint also added a third putative class-action defendant, Histadruth Horabonim Deamerica—Rabbinical Council of America, Inc. (the "RCA").

3. On January 8, 2015, Defendants Kesher Israel and NCM removed the Superior Court Action to this Court pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1453, 1711 ("CAFA"), thereby commencing this action. (*See* Notice of Removal [ECF 1]).

4. Also on January 8, 2015, Defendants Kesher Israel and NCM filed the Motion to Consolidate seeking to consolidate this action with another class action (the "Later-Filed Action") that they removed from D.C. Superior Court pursuant to CAFA. (*See* Mot. to Consolidate [ECF 2]). The Later-Filed Action was initially filed in D.C. Superior Court on December 18, 2014, and includes similar class action claims against Defendants Kesher Israel, NCM, and the RCA. Defendant RCA did not join in the Motion to Consolidate at that time.

5. In addition to consolidation of this action with the Later-Filed Action, the Motion to Consolidate asks the Court to stay proceedings pending the appointment of interim class counsel and the filing of a consolidated complaint. (*See id.*)

6. On January 16, 2015, Named Plaintiffs and Defendants Kesher Israel and NCM filed a Stipulation and Order agreeing (1) to postpone the time within which Defendants Kesher Israel and NCM must answer or otherwise responds to the Amended Complaint until after the Court's determination of the Motion to Consolidate, and (2) to extend Named Plaintiffs' deadline to respond to the Motion to Consolidate "until 14 days after Plaintiffs file their motion to remand or, if Plaintiffs file no motion to remand, 14 days after the deadline, as specified in 18 U.S.C. 1447(c), for filing a motion for remand." (*See* Stip. and Order ¶ 3 [ECF 10]). On January 21, 2015, the Court signed and entered the Stipulation and Order. (*See* Order [ECF 13]).

    7.    On February 6, 2015, the RCA joined in the Motion to Consolidate (*See* Joinder [ECF 19].)

    8.    Also on February 6, 2015, Named Plaintiffs filed their Motion for Remand or, in the Alternative, for Limited Jurisdictional Discovery. (*See* Mot. for Remand [ECF 21]). Accordingly, per the Stipulation and Order entered by the Court, Named Plaintiffs' response to the Motion to Consolidate is due today. However, in entering this Stipulation, Named Plaintiffs and Defendants actually intended to extend the deadline to respond to the Motion to Consolidate until 14 days after the Court rules upon the motion for remand to promote judicial economy and efficiency.

    9.    Undersigned counsel has conferred with counsel for Kesher Israel who, on behalf of all Defendants herein, has consented to the requested relief.

    **WHEREFORE**, Named Plaintiffs Request that the Court enter an order extending the deadline for Named Plaintiffs' response to the Motion to Consolidate until fourteen (14) days after the Court makes a determine on the pending Motion for Remand.

Dated: February 20, 2015        Respectfully submitted,

    /s/ *Steven J. Kelly*
Steven J. Kelly (D.C. Bar No. 1021534)
S<small>ILVERMAN</small>|T<small>HOMPSON</small>|S<small>LUTKIN</small>|W<small>HITE</small>|LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel:    410.385.2225
Fax:    410.547.2432
skelly@mdattorney.com

*Counsel for Plaintiff Jane Doe*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*<br>         *Plaintiffs*,<br>**v.**<br>**THE GEORGETOWN UNIVERSITY**, *et al.*,<br>         *Defendants*. | Civil Action No. 1:15-cv-00026-CRC |

## O R D E R

UPON CONSIDERATION OF the Consent Motion for Extension of Time to Respond to Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint (the "Consent Motion") filed by Plaintiffs, it is this _____ day of _____, hereby,

ORDERED that the Consent Motion is GRANTED; and it is further

ORDERED that Plaintiffs' response to the Motion to Consolidate shall be due fourteen (14) days after the Court makes a determination on Plaintiffs' pending Motion to Remand [ECF 21].

SO ORDERED.

                                                   The Hon. Christopher R. Cooper
                                                   United States District Judge
                                                   U.S. District Court for the District of Columbia

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2015, a true and correct copy of the foregoing Consent Motion for Extension of Time to Respond to Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint, including all attachments thereto, was served *via* the Court's electronic filing system on:

William D. Nussbaum, Esq.
Saul Ewing, LLP
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006-3434

*Attorneys for Defendant The Georgetown University*

Edward C. Bacon, Esq.
Patricia M. Thornton, Esq.
Bacon, Thornton & Palmer, L.L.P.
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770

*Attorneys for Defendant The National Capital Mikvah, Inc.*

Paul Blankenstein, Esq.
Maura Logan, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

*Attorneys for Defendant The Georgetown Synagogue—Kesher Israel Congregation*

Mark D. Harris, Esq.
Guy Brenner, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

*Attorneys for Defendant Histadruth Horabonim Deamerica—Rabbinical Council of America, Inc.*

/s/
Steven J. Kelly