# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE 1, <u>et al.</u>,**<br><br>  Plaintiffs,<br><br> v.<br><br>**THE GEORGETOWN UNIVERSITY, <u>et al.</u>,**<br><br>  Defendants. | Case No. 1:15-cv-00026 (CRC) |

## ORDER

Upon consideration of the parties' Consent Motion for Extension of Time to Respond to Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint [ECF No. 23], it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the Court will set a deadline for Plaintiffs to respond to Defendants' Motion to Consolidate [ECF No. 3] following the resolution of Plaintiffs' pending Motion to Remand [ECF No. 21], if necessary.

**SO ORDERED.**

CHRISTOPHER R. COOPER  
United States District Judge

Date:   February 20, 2015