IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>THE GEORGETOWN UNIVERSITY, et al.,<br><br>  *Defendants*. | Case No. 1:15-cv-00026 (CRC)<br><br>STIPULATION |

## **STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. Counsel for Defendants Kesher Israel Congregation, National Capital Mikvah (the "Defendants"), Rabbinical Council of America and Plaintiffs (collectively, the "Parties") have met and conferred regarding the motion of Plaintiffs to remand the case back to D.C. Superior Court (ECF No. 21) (the "Motion").

3. The Parties agree to extend the briefing deadlines relating to the Motion by one week. Accordingly, Defendants' response to the Motion would be due March 5, 2015, and Plaintiffs' reply, if any, would be due March 16, 2015.

WHEREFORE, Defendants hereby respectfully request that Court enter an order approving this Stipulation.

1

Respectfully submitted,

Dated: February 23, 2015                /s/Paul Blankenstein
                                        Paul Blankenstein, D.C. Bar No. 304931
                                        Maura M. Logan, D.C. Bar No. 1010924
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC 20036
                                        Telephone:  202.955.8500
                                        Facsimile:  202.467.0539
                                        pblankenstein@gibsondunn.com
                                        mlogan@gibsondunn.com

                                        *Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION*

Dated: February 23, 2015                /s/Edward C. Bacon
                                        Edward C. Bacon, D.C. Bar No. 270124
                                        Patricia M. Thornton, D.C. Bar No. 354951
                                        BACON, THORNTON & PALMER, LLP
                                        Capital Office Park
                                        6411 Ivy Lane, Suite 500
                                        Greenbelt, MD  20770-1411
                                        Telephone:  301.345.7001
                                        ebacon@lawbtp.com
                                        pthornton@lawbtp.com

                                        *Attorneys for Defendant THE NATIONAL CAPITAL MIKVAH, INC.*

Dated: February 23, 2015                /s/Mark D. Harris
                                        Mark D. Harris, D.C. Bar No. 445900
                                        Admitted *pro hac vice*
                                        PROSKAUER ROSE LLP
                                        Eleven Times Square
                                        New York, NY 10036-8299
                                        Telephone:  212.969.3530
                                        mharris@proskauer.com

                                        *Attorney for Defendant RABBINICAL COUNCIL OF AMERICA*

Dated: February 23, 2015 /s/*Steven J. Kelly*  
Steven J. Kelly, D.C. Bar No. 1021534  
Silverman, Thompson, Slutkin, White LLC  
201 N. Charles Street, Suite 2600  
Baltimore, MD 21201  
Telephone: 410.385.2225  
Fax: 410.547.2432  
skelly@mdattorney.com  

*Attorney for Plaintiffs JANE DOE 1, Emma Shulevitz, Stephanie Smith and all others similarly situated*

### ORDER

It is so ordered by the Court this ___ day of February 2015.

_____  
Hon. Christopher R. Cooper, U.S. District Judge

COPIES TO:

ALL COUNSEL OF RECORD