UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> THE GEORGETOWN UNIVERSITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:15-cv-00026-CRC |

**PLAINTIFFS' RESPONSE TO DEFENDANT RCA'S
JOINDER IN DEFENDANTS' MOTION TO CONSOLIDATE CASES**

Plaintiffs Jane Doe ("Ms. Doe"), Emma Shulevitz ("Ms. Shulevitz"), and Stephanie Smith ("Ms. Smith") (collectively, "Named Plaintiffs"), on behalf of themselves and the putative class of similarly situated individuals, and by and through undersigned counsel, hereby respond to the Motion for Joinder in Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint (the "Joinder Motion") [ECF 19] filed herein by Defendant Histadruth Horabonim Deamerica—Rabbinical Council of America (the "RCA"). As discussed below, Named Plaintiffs do not oppose the Joinder Motion.

1. On December 2, 2014, Ms. Doe commenced an action in the Superior Court of the District of Columbia (the "Superior Court Action") by filing a Class Action and Individual Complaint (the "Complaint"). The Complaint asserts causes of action against Defendants The Georgetown Synagogue—Kesher Israel Congregation ("Kesher Israel") and The National Capital Mikvah, Inc. ("NCM").[1] (*See* Compl. [ECF 1-2].)

2. On December 18, 2014, Ms. Doe, joined by Ms. Shulevitz and Ms. Smith, filed an Amended Class Action and Individual Complaint (the "Amended Complaint") in the Superior

---

[1]   The Complaint also asserts causes of action against Defendant The Georgetown University solely in Plaintiff Jane Doe's individual capacity.

1

Court Action. The Amended Complaint also added a third putative class-action defendant, the RCA.

3. On January 8, 2015, Defendants Kesher Israel and NCM removed the Superior Court Action to this Court pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1453, 1711 ("CAFA"), thereby commencing this action. (*See* Notice of Removal [ECF 1].)

4. Also on January 8, 2015, Defendants Kesher Israel and NCM filed a motion seeking to consolidate this action with another class action (the "Later-Filed Action") that they removed from D.C. Superior Court pursuant to CAFA. (*See* Mot. to Consolidate [ECF 2].) The Later-Filed Action was initially filed in D.C. Superior Court on December 18, 2014, and includes similar class action claims against Defendants Kesher Israel, NCM, and the RCA. Notably, Defendant RCA did not join in the Motion to Consolidate at that time.

5. In addition to consolidation of this action with the Later-Filed Action, the Motion to Consolidate asks the Court to stay proceedings pending the appointment of interim class counsel and the filing of a consolidated complaint. (*See id.*)

6. On January 16, 2015, Named Plaintiffs and Defendants Kesher Israel and NCM filed a Stipulation and Order agreeing (1) to postpone the time within which Defendants Kesher Israel and NCM must answer or otherwise responds to the Amended Complaint until after the Court's determination of the Motion to Consolidate, and (2) to extend Named Plaintiffs' deadline to respond to the Motion to Consolidate "until 14 days after Plaintiffs file their motion to remand or, if Plaintiffs file no motion to remand, 14 days after the deadline, as specified in 18 U.S.C. 1447(c), for filing a motion for remand." (*See* Stip. and Order ¶ 3 [ECF 10]). On January 21, 2015, the Court signed and entered the Stipulation and Order. (*See* Order [ECF 13]).

7. On February 6, 2015, the RCA joined in the Motion to Consolidate (*See* Joinder [ECF 19].)

8. Also on February 6, 2015, Named Plaintiffs filed their Motion for Remand or, in the Alternative, for Limited Jurisdictional Discovery. (*See* Mot. for Remand [ECF 21]).

9. On February 20, 2015, Named Plaintiffs filed a Consent Motion for Extension of Time to Respond to Defendants' Motion to Consolidate Cases and Stay Proceedings Pending Appointment of Interim Class Counsel and the Filing of a Consolidated Complaint, [ECF 23], which was granted by the Court that same day. (*See* Feb. 20, 2015 Order [ECF 24]).

10. Named Plaintiffs do not oppose the RCA's joinder in the Motion to Consolidate and will respond to the Motion to Consolidate, if necessary, following the Court's determination on the pending Motion for Remand and per the Court's instructions.

**WHEREFORE**, Named Plaintiffs respectfully request that the Court take notice that they do not oppose the RCA's Joinder Motion.

Dated: February 23, 2015                        Respectfully submitted,

                                                 /s/ *Steven J. Kelly*
                                                Steven J. Kelly (D.C. Bar No. 1021534)
                                                SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC
                                                201 N. Charles Street, Suite 2600
                                                Baltimore, Maryland 21201
                                                Tel:    410.385.2225
                                                Fax:    410.547.2432
                                                skelly@mdattorney.com

                                                *Counsel for Plaintiffs Jane Doe, Emma Shulevitz, and Stephanie Smith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2015, a true and correct copy of the foregoing Plaintiffs' Response to Defendant RCA's Joinder in Defendants' Motion to Consolidate Cases, including all attachments thereto, was served *via* the Court's electronic filing system on:

William D. Nussbaum, Esq.
Saul Ewing, LLP
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006-3434

*Attorneys for Defendant The Georgetown University*

Edward C. Bacon, Esq.
Patricia M. Thornton, Esq.
Bacon, Thornton & Palmer, L.L.P.
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770

*Attorneys for Defendant The National Capital Mikvah, Inc.*

Paul Blankenstein, Esq.
Maura Logan, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

*Attorneys for Defendant The Georgetown Synagogue—Kesher Israel Congregation*

Mark D. Harris, Esq.
Guy Brenner, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

*Attorneys for Defendant Histadruth Horabonim Deamerica—Rabbinical Council of America, Inc.*

/s/
Steven J. Kelly