**From:** Elanit Jakabovics <president@kesher.org>
**Date:** April 27, 2015 at 18:00:31 EDT
**To:** [REDACTED]
**Subject: From the President's Desk**
**Reply-To:** president@kesher.org



# From the President's Desk
## April 27, 2015

Dear Friends,

I would like to update you on a few subjects: the interim Rabbi search, membership, and the civil lawsuits against Kesher.

### Interim Rabbi Search

As you'll remember, at the Town Hall meeting in February, we talked about Kesher's need for a part-time interim Rabbi. Many of you shared your thoughts with us on this topic.  We heard you express the need for a rabbinic presence at Kesher. We agreed that we need someone local who can teach, answer halakhic questions, be available on a part-time basis, and take the burden off our many volunteers. We also heard your concerns that spending time and effort on an interim search would take away from our shul's greater needs and the permanent Rabbi search. Taking everything into account, the Board of Directors decided to move forward with a simple process to seek an interim Rabbi. The Board anticipates that the interim position will last 12 months while we search for a full-time Rabbi.

The Ritual Committee, led by [redacted] and [redacted], reviewed 10 applications, interviewed six candidates, and decided to invite one to spend this coming Shabbat with





Have something to share in the SAP or the Tuesday Weekly Digest? Email
announcements@kesher.org

**Kesher Israel Congregation**

2801 N Street NW
Washington D.C. 20007
(Corner of 28th & N)
Map

Office: (202) 333-2337
Fax: (202) 333-4808
Eruv: (202) 338-ERUV

Visit the Kesher Israel
website.

Stay connected with the

us. The candidate, [redacted], hails from Baltimore, has over 20 years of rabbinic experience and is a practicing psychotherapist. During his visit this weekend, please take the opportunity to meet him and get to know him. As a reminder, the interim position is part-time and whomever fills the position will not be eligible to apply for the full-time permanent position. If you have any questions or want to share feedback, please email the committee at ritual@kesher.org.

I would like to take this opportunity to again publicly thank [redacted] and [redacted] for the outstanding support and halakhic guidance they have been providing our community since October, which they plan to continue to provide until we have an interim Rabbi in place.

**Membership**

As we get ready to start this new chapter in our shul's history, our dedicated and committed members will be instrumental in deciding the future of Kesher. Some of you, though, have asked why? Why should the research and search processes be open only to members and why is membership all that important anyway?

The answer to these questions is simple: becoming a member in any organization is a sign of high level commitment and deep connection to it. It shows that you understand that the community needs your participation in order to thrive, and that you are invested in its future. In addition to it being a source of dependable revenue, Kesher relies on membership to understand the deeper question of who we are, as a shul community. While members and non-members alike are and will always be welcome at Kesher, the individuals who get to partake in the conversation about the direction of Kesher's future can only be those who have made a deeper commitment, by binding themselves to our *kahal*, our community, through the vehicle of membership.

We understand that for some of you, paying

---

Kesher Israel calendar.

For general inquiries, email info@kesher.org

**Welcome to Kesher**
If you are new to the community, we'd like to welcome you and make Kesher your new home. Tell us about yourself! Fill out this brief form, let us know who you are and how we can help you settle in. Email the Welcome Committee for more information or with any questions!

**Daily Minyan**
Please help us make a minyan as often as you can.  Even if you can only commit to attending once a week, it would be helpful.

**Classes**
Please visit the website to see the current class schedule.

**Hospitality**
If you have an extra place at your table for Shabbat, please email the Hospitality team so we can accommodate those who need a Shabbat meal. Thank you!

**Kelim Mikvah**
The mikvah remains open.  Please do not use the kelim (utensil) mikvah after sundown.

**Sponsor Kiddush!**
We provide kiddush every week for the

full dues is simply not an option. Affordability in Washington is a challenge, which we appreciate. We've always been clear: <u>finances alone should never be a barrier to membership</u>. If you cannot afford to pay the full amount, that's ok and we'll keep it confidential. But you need to take that first step and let us know you're interested in becoming a member.

We value everyone who walks through Kesher's doors, and know you care deeply about Kesher. If you are not already a member, please consider becoming one today, so that your voice can be heard as we move forward in this next chapter of Kesher's history.

### Civil Lawsuits

As many of you know, there are two separate lawsuits pending against Kesher Israel. Both of these suits are currently in Federal Court where plaintiffs have submitted a motion to shift the cases back to DC Superior Court. In order to help determine which court has jurisdiction, Kesher Israel was recently ordered by the Court to provide membership data from 2005 through 2015. In order to comply with the order, Kesher was required to provide to plaintiffs' counsel anonymized data consisting of membership type, *year* of birth (where available), and current state of residency (if known) of current and former members since 2005. Absolutely no names, addresses, or any other type of personal or identifying information were provided. **Please rest assured that Kesher is doing everything possible to protect any and all personally identifiable information that we may possess for all of our current and former members**.

Thank you for your continued participation, and commitment to Kesher Israel. As always, if you have any questions, please reach out to me or to any member of the Board.

All the best,

---

congregation, with or without sponsors. Help support us by contributing to our kiddush fund. No donation is too small! Email info@kesher.org for more information about kiddush sponsorship.

[Donate]



### Contact Information

Board of Directors - [redacted]board@kesher.org

Shabbat Meal Hospitality - hospitality@kesher.org

Mikvah - (202) 342-5303 / appointments@dcmikvah.org
Please give at least 48 hours notice for appointments.

Children's Programming - [redacted] children@kesher.org

Social Committee - [redacted]  social@kesher.org

Welcome Committee - [redacted] welcome@kesher.org

Educational Programming - [redacted] education@kesher.org

Housing - [redacted] housing@kesher.org

Gabbaim - gabbai@kesher.org

New Baby Meal Coordinator - info@kesher.org or call the shul office (202-333-2337)

Welfare Fund (confidential help for community members in need) - [redacted] - welfarefund@kesher.org or call [redacted]

Kesher Parents e-mail list - Subscribe to this list

**Forward email**



This email was sent to [redacted] by president@kesher.org |
Update Profile/Email Address | Rapid removal with SafeUnsubscribe™ | Privacy Policy.



Kesher Israel | 2801 N St, NW | Washington | DC | 20007