**Steven J. Kelly**

| | |
|---|---|
| **From:** | Stewart, Jelahn (USADC) <Jelahn.Stewart2@usdoj.gov> |
| **Sent:** | Thursday, May 14, 2015 1:41 PM |
| **To:** | Zubrensky, Amy (USADC); Chase, Lorraine (USADC); Richardson, Lezlie (USADC) |
| **Subject:** | Court rulings and procedures |

Good afternoon:

Last evening, the Court issued several rulings in connection with sentencing in this case. First, the Court denied a defense motion to strike certain Victim Impact Statements, Relevant Conduct Letters, and Community Impact Statements, and ruled that all of such statements <u>will be admitted</u>. The Court also granted the government's motion that all Victim Impact Statements, Relevant Conduct Letters, and Community Impact Statements not be disclosed to anyone outside of the parties and the Court; and that the names of individuals who submitted such letters not be stated on the record in open court.

The Court also issued an order that will govern the sentencing hearing. That order provides that speakers for the government's side will go first, and then speakers for the defense. All speakers will have 5 minutes to speak. Victims who are part of the plea will be referred to by their letter number in the plea; and speakers who submitted Relevant Conduct Letters will be referred to by the number identifier on their letter (i.e. RC1, RC2, etc.). After the speakers, the government and defense lawyers will make their sentencing requests. Then the Court will hear from the defendant, if he wishes to speak, before pronouncing the sentence.


Amy H. Zubrensky
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 4th Street, NW, Room 10-842
Washington D.C. 20530
Office: (202) 252-7490
Cell: (240) 278-0019
Fax: (202) 305-0652


Jelahn Stewart
Assistant United States Attorney
Chief, Victim Witness Assistance Unit
United States Attorney's Office for the
District of Columbia
202-252-7177