## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, <br> EMMA SHULEVITZ, <br> STEPHANIE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> **GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREGATION, et al.,** <br><br> Defendants. | Case No. 15-cv-00026 (CRC) |
| JANE DOE 2, <br><br> Plaintiff, <br><br> v. <br><br> **GEORGETOWN SYNAGOGUE-KESHER ISRAEL CONGREGATION, et al.,** <br><br> Defendants. | Case No. 15-cv-00028 (CRC) |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the Doe 1 plaintiffs' Motion to Remand, or in the Alternative, for Limited Jurisdictional Discovery [ECF No. 21] and Doe 2's Motion to Remand Case and/or to Stay Case Except for Discovery Regarding Class Membership [ECF No. 12] are **GRANTED**. It is further

**ORDERED** that the Clerk shall remand both cases to District of Columbia Superior Court.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   July 24, 2015