**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:15-cv-00026 (CRC) ) ) ) ) ) ) ) ) ) ) ) |
| JANE DOE 2, AND ALL OTHER CLASS MEMBERS AS DEFINED HEREIN, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 1:15-cv-00028 (CRC) ) ) ) ) ) ) ) ) ) |

**SUPPLEMENT BY THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL
CONGREGATION AND THE NATIONAL CAPITAL MIKVAH, INC., TO JOINT
STATUS REPORT**

Pursuant to this Court's August 27, 2015 Order directing the parties to submit a status

report advising the Court of the nature and extent of any proceedings in the above-referenced

cases before the Superior Court for the District of Columbia (the "Superior Court") or the U.S. Court of Appeals for the D.C. Circuit (the "D.C. Circuit") since the filing of Defendants' Motion to Stay the Court's July 24, 2015 Order remanding the case to the Superior Court, defendants the Georgetown Synagogue – Kesher Israel Congregation ("Kesher Israel"), and the National Capital Mikvah, Inc. ("NCM") (collectively, "Defendants"), state as follows:

1. On September 2, 2015, pursuant to the Court's August 27, 2015 Order, counsel for Kesher Israel filed a Joint Status Report on behalf of all parties in the above-referenced cases. This Joint Status Report indicated that Defendants' Petition for Permission to Appeal to the D.C. Circuit ("Petition") had been fully briefed before that Court, which had not yet acted on the petition, and that no proceedings had been ordered nor held in these cases in the Superior Court.

2. Notwithstanding the pendency of both Defendants' Petition to the D.C. Circuit, and their Stay Motion to this Court, and that no proceedings had been ordered nor held in these cases in the Superior Court, on September 17, 2015, counsel for the plaintiff Jane Doe 2 faxed a letter to counsel for the Defendants, attached hereto as Exhibit A, threatening to "request the entry of a default and file a Motion to Compel with the Superior Court" if Defendants do not "file a responsive pleading and provide complete discovery responses by close of business on September 28, 2015."

3. After a failed meet and confer with counsel for Jane Doe 2, Defendants filed a motion in the D.C. Superior Court for a stay of proceedings in the case pending a decision on the stay motion by this Court and resolution of the Petition before the D.C. Circuit.

4. Defendants have attempted to schedule an immediate hearing before the Superior Court on their stay motion.

5. This is not the first time that plaintiff Jane Doe 2 has threatened to seek a default judgment notwithstanding her knowledge that Defendants have appeared and intend to vigorously defend the case, and despite the pendency of a motion to stay proceedings in the case. On February 10, 2015, based on Affidavits incorrectly certifying that Defendants had not yet appeared in the case, 15-cv-28-CRC ECF Nos. 20-22, Jane Doe 2 obtained from the Clerk of this Court defaults against all three Defendants, *id.* ECF Nos. 23-25.  Eight days later, on February 18, 2015, this Court vacated those defaults *sua sponte*, "[i]n light of ongoing litigation in this matter." *Id.* ECF No. 28.

6. Although no proceedings have yet been held in these cases in the Superior Court, Judge Nash of that Court held a hearing on August 21, 2015 in the single-plaintiff-only claim of Jane Doe 1 against The Georgetown University.  This Court had previously severed that claim from the remaining claims in the Jane Doe 2 case against Defendants and remanded that claim to the Superior Court on February 18, 2015.  During the August 21, 2015, hearing before Judge Nash, excerpts of the transcript of which are attached hereto as Exhibit B, counsel for Doe 1 reported on the status of Defendants' Petition pending before the D.C. Circuit and their Stay Motion before this Court.  Ex. B at 3:9-4:16, 26:1-30:7.  In light of both, counsel for Doe 1 suggested "leaving a reasonable period of time to figure out what's going to go on with those cases before we set the schedule" for proceedings in the severed Doe 1 case.  Ex. B. at 26:6-9.

7. Judge Nash indicated that he was "supportive of [Doe 1 counsel's] position," *id.* at 28:25-29:1, because if the D.C. Superior Court or this Court allowed for further proceedings before a ruling by the D.C. Circuit on Defendants' Petition, "[e]ach [court] would be faced with the prospect that any discovery that was authorized would be discovery that was authorized on a case that didn't belong to [that court] because depending on how the appeal works out, it could

3

be in the other Court." *Id.* at 27:24-28:10.  With no objection from counsel for The Georgetown University to "staying [that matter] entirely pending resolution of the appeal," *id.* at 29:17-24, rather than enter a scheduling order, the Superior Court set a status hearing for December 11, 2015.

                              Respectfully submitted,

Dated: September 22, 2015                    /s/Maura M. Logan
                                                Paul Blankenstein, D.C. Bar No. 304931
                                                Maura M. Logan, D.C. Bar No. 1010924
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036
                                                Telephone:  202.955.8500
                                                Facsimile:  202.467.0539
                                                pblankenstein@gibsondunn.com
                                                mlogan@gibsondunn.com

                                                Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

Dated: September 22, 2015                    /s/Edward C. Bacon
                                                Edward C. Bacon, D.C. Bar No. 270124
                                                Patricia M. Thornton, D.C. Bar No. 354951
                                                BACON, THORNTON & PALMER, LLP
                                                Capital Office Park
                                                6411 Ivy Lane, Suite 500
                                                Greenbelt, MD 20770-1411
                                                Telephone:  301.345.7001
                                                ebacon@lawbtp.com
                                                pthornton@lawbtp.com

                                                Attorneys for Defendant THE NATIONAL CAPITAL MIKVAH, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2015, I caused the foregoing Supplement By The Georgetown Synagogue – Kesher Israel Congregation and The National Capital Mikvah, Inc., to Joint Status Report to be filed and served via the Court's CM/ECF filing system.

>
> */s/Maura M. Logan*
> Maura M. Logan, D.C. Bar No. 1010924
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone:  202.887.3617
> E-mail: mlogan@gibsondunn.com