**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, EMMA SHULEVITZ, and STEPHANIE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:15-cv-00026 (CRC) |
| JANE DOE 2, AND ALL OTHER CLASS MEMBERS AS DEFINED HEREIN, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:15-cv-00028 (CRC) |

**SECOND SUPPLEMENT BY THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION AND THE NATIONAL CAPITAL MIKVAH, INC., TO JOINT STATUS REPORT**

Pursuant to this Court's August 27, 2015 Order directing the parties to submit a status report advising the Court of the nature and extent of any proceedings in the above-referenced

cases before the Superior Court for the District of Columbia (the "Superior Court") or the U.S. Court of Appeals for the D.C. Circuit (the "D.C. Circuit") since the filing of Defendants' Motion to Stay the Court's July 24, 2015 Order remanding the case to the Superior Court, defendants the Georgetown Synagogue – Kesher Israel Congregation ("Kesher Israel"), and the National Capital Mikvah, Inc. ("NCM") (collectively, "Defendants"), state as follows:

1. On September 2, 2015, pursuant to the Court's August 27, 2015 Order, counsel for Kesher Israel filed a Joint Status Report on behalf of all parties in the above-referenced cases. This Joint Status Report indicated that Defendants' Petition for Permission to Appeal to the D.C. Circuit ("Petition") had been fully briefed before that Court, which had not yet acted on the petition, and that no proceedings had been ordered nor held in these cases in the Superior Court.

2. On September 23, 2015, Defendants filed a Supplement to that Report, advising that, in response to a September 17, 2015 letter from counsel for the plaintiff Jane Doe 2 threatening to "request the entry of a default and file a Motion to Compel with the Superior Court" if Defendants do not "file a responsive pleading and provide complete discovery responses by close of business on September 28, 2015," Defendants moved in the Superior Court for a stay of proceedings in the case pending a decision on the stay motion by this Court and resolution of the Petition before the D.C. Circuit, and attempted to schedule an immediate hearing before the Superior Court on their stay motion.

3. On September 24, 2015, counsel for plaintiff Jane Doe 2 submitted a letter in the Superior Court representing that plaintiff would not file any motion for default or to compel discovery until the stay motion is resolved, but would oppose the stay motion on the schedule set out in the Superior Court's rules. Therefore, counsel advised, no emergency hearing on the stay motion would be necessary.

4.	Based on that representation by counsel for Jane Doe 2, on September 25, 2015, Defendants filed a letter in the Superior Court withdrawing their request for an emergency hearing on the stay motion.

                          Respectfully submitted,

Dated: September 25, 2015                    /s/Maura M. Logan
                                                              Paul Blankenstein, D.C. Bar No. 304931
                                                             Maura M. Logan, D.C. Bar No. 1010924
                                                             GIBSON, DUNN & CRUTCHER LLP
                                                             1050 Connecticut Avenue, N.W.
                                                             Washington, DC 20036
                                                             Telephone: 202.955.8500
                                                             Facsimile: 202.467.0539
                                                             pblankenstein@gibsondunn.com
                                                             mlogan@gibsondunn.com

                                                             Attorneys for Defendant THE GEORGETOWN SYNAGOGUE – KESHER ISRAEL CONGREGATION

Dated: September 25, 2015                    /s/Edward C. Bacon
                                                              Edward C. Bacon, D.C. Bar No. 270124
                                                             Patricia M. Thornton, D.C. Bar No. 354951
                                                             BACON, THORNTON & PALMER, LLP
                                                             Capital Office Park
                                                             6411 Ivy Lane, Suite 500
                                                             Greenbelt, MD 20770-1411
                                                             Telephone: 301.345.7001
                                                             ebacon@lawbtp.com
                                                             pthornton@lawbtp.com

                                                             Attorneys for Defendant THE NATIONAL CAPITAL MIKVAH, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2015, I caused the foregoing Supplement By The Georgetown Synagogue – Kesher Israel Congregation and The National Capital Mikvah, Inc., to Joint Status Report to be filed and served via the Court's CM/ECF filing system.

/s/Maura M. Logan
Maura M. Logan, D.C. Bar No. 1010924
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.887.3617
E-mail: mlogan@gibsondunn.com